**Dismissed and Memorandum Opinion filed September 13, 2012**



In The

# Fourteenth Court of Appeals

---

**NO. 14-12-00660-CR**
**NO. 14-12-00661-CR**
**NO. 14-12-00662-CR**
**NO. 14-12-00663-CR**

---

**GARY D. WOMACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1305382, 1305383, 1305384, and 1305385**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to four charges of child pornography. In each case, in accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for nine years in the Institutional Division of the Texas Department of Criminal Justice. The sentences were ordered to run concurrently. Appellant filed a pro se notice of appeal in each case. We dismiss the appeals.

In each case, the trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in each record on appeal. *See* Tex. R. App. P. 25.2(d). In each appeal, the record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we order the appeals dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)